IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-51049
Summary Calendar

_____

TONY RAMIREZ,

Petitioner-Appellant,

versus

GARY L. JOHNSON, DIRECTOR,
TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, INSTITUTIONAL DIVISION,

Respondent-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. A:96-CV-509
- - - - - - - - - -
August 20, 1998

Before KING, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

Tony Ramirez, Texas prisoner # 621725, appeals the district court's dismissal of his 28 U.S.C. § 2254 petition. Ramirez argues that his guilty plea was involuntary and that his trial counsel was ineffective for failing to advise him regarding the parole-eligibility effects of the guilty plea.

We have reviewed the record, the briefs of the parties, and we find no reversible error. Accordingly, we affirm for the

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

reasons stated by the district court.  *See Ramirez v. Johnson*, No. A:96-CV-509-SS (W.D. Tex. Nov. 3, 1997).

AFFIRMED.